IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERTO TORRES,

      Petitioner,                      No. CIV S-09-0278 GGH P

    vs.

D.K. SISTO,

      Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        Petitioner has not filed a petition for writ of habeas corpus. Instead, he has filed a motion to stay this action pending exhaustion of additional remedies. In order for the court to consider this motion, he must file a habeas corpus petition containing his exhausted and unexhausted claims.

\\\\\

\\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. Petitioner is granted thirty days from the date of this order to file a habeas corpus petition;

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district and the form for a 28 U.S.C. § 2254 habeas corpus petition.

DATED: February 9, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
 torr0278.101a